# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE URVE MAGGITTI, : No. 2 MM 2024

    Petitioner :

    v. :

HON. JOHN P. CAPUZZI, SR., HON. BRET M. BINDER, :

    Respondents :

## ORDER

**PER CURIAM**

  **AND NOW**, this 19th day of April, 2024, the Application for Leave to File Original Process is GRANTED. The "Emergency Petition for Verified Petition for Common Law Writ of Habeas Corpus" and the "Motion to Disqualify" are DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.